CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christian Paul Adame Prado**<br>DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06496MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 6, 2026, in the District of Arizona, **Christian Paul Adame Prado,** did knowing or in reckless disregard of the fact that a certain alien, Cecilia Ramirez-De Los Santos, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section ' 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 6, 2026, in the District of Arizona (Nogales), at approximately 1:06 a.m., two adults presented themselves for inspection to enter the United States from Mexico through the primary vehicle lanes at the DeConcini Port of Entry in Nogales, Arizona. The male driver presented a California Driver License, bearing the name and photo of **Christian Paul ADAME Prado**, to Customs and Border Protection Officers (CBPOs). **ADAME** also presented an Arizona State Driver License bearing the name Aurora Celaya on behalf of his female passenger, who was later identified as Cecilia Ramirez-De Los Santos, a citizen of Mexico. During primary inspection, **ADAME** told CBPOs the female passenger was his girlfriend, Aurora Celaya, whom he had been dating for six months. **ADAME** also stated they were both traveling back to their home in Phoenix, Arizona after visiting her family in Mexico. The primary officer noticed facial discrepancies between the passenger and the document presented on her behalf. CBPOs obtained a negative binding declaration and referred the vehicles occupants to secondary.

In secondary, CBPOs asked **ADAME** who owned the vehicle they were traveling in and how the subjects knew each other to which he stated he was the owner of the vehicle and his passenger was his girlfriend of six months. When questioned, Cecilia Ramirez-De Los Santos agreed with **ADAME**. During the encounter CBPOs noticed facial discrepancies between Cecilia Ramirez-De Los Santos and the document presented as her entry document. During further questioning, **ADAME** stated he met Ramirez-De Los Santos in Phoenix, Arizona. **ADAME** further told the CBPOs he went to Mexico to visit family. Ramirez-De Los Santos stated to CBPOs that she was the owner of the document presented, and she was born in Phoenix, AZ. Both subjects were then escorted to a secondary holding location where Ramirez-De Los Santos admitted to the CBPOs that she was in fact a Mexican citizen and was not the person represented on the driver's license. Both driver and passenger were subsequently referred to Passport Control for further processing.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Cecilia Ramirez-De Los Santos

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE and NAME<br>Customs and Border Protection Officer<br>David Soria |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 7, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Ramirez-De Los Santos stated she is a citizen of Mexico and she intended to travel to Phoenix, AZ to seek employment. Regarding her journey to the United States, Ramirez-De Los Santos stated she arrived by bus from Veracruz to Nogales, Sonora, Mexico four days ago. A taxi picked her up and took her to a safe house. Then, another man showed up and gave her driver's license and drove her to meet up with the man that was bringing her across today. Ramirez-De Los Santos stated she was going to pay 15,000 Mexican pesos once she made it across. She stated that upon meeting with **ADAME**, he asked for her name, and she told him "Aurora." They then began talking about weather and the soccer games and she asked him what their story to the officers would be, to which he told her they should say she was his girlfriend. Ramirez-De Los Santos stated she did not discuss with **ADAME** where he was taking her nor did she know if he knew she was planning to enter the U.S. illegally. She stated she did not pay **ADAME** to smuggle her into the U.S.